| | |
|---|---|
| Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California  95389<br>Telephone:  (209) 372-0241 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON NMU EITEL,<br><br>　　　　　Defendant. | No.  6:17-MJ-00038-MJS<br><br>MOTION TO CONTINUE INTIAL APPEARANCE; AND ORDER THEREON |

　　　The United States, by and through its representative, Susan St. Vincent, the legal officer for the National Park Service, hereby moves the court for an order continuing the Initial Appearance in the above-captioned matter set for June 28, 2017 be continued to August 8, 2017 at 10:00 a.m.  The defendant has conferred with the Office of the Federal Defender and they are in agreement with this request.

　　　Dated:  June 26, 2017　　　　　　　　　　/S/ Susan St. Vincent\_\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

**ORDER**

For good cause shown, the June 28, 2017, Initial Appearance in *U.S. v. Eitel*, *6:17-MJ-00038-MJS*, is hereby continued to August 8, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 27, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE