| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JASON EITEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00038-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE FEBRUARY 19, 2019 REVIEW HEARING; ORDER** |
| vs. | |
| JASON EITEL, | |
| Defendant. | |

Defendant Jason Eitel hereby requests that the Court vacate the February 19, 2019 review hearing. The Government is in agreement with the request.

On March 21, 2018, the Court sentenced Mr. Eitel to 12 months of unsupervised probation with the conditions that he obey all laws and report all law enforcement contact within 7 days. Additionally, the Court ordered Mr. Eitel to pay a fine of $450.00 and attend AA meetings once per week for 10 months.

Mr. Eitel has not had any new law violations, has paid his fine in full, and has attended AA meetings weekly for 10 months.

The parties agree that Mr. Eitel is in compliance with the terms of his probation. Accordingly, the parties request that the Court vacate the February 19, 2019 review hearing.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 13, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JASON EITEL

# **O R D E R**

Pursuant to the parties' request, the court vacates the February 19, 2019 review hearing for Case No. 6:17-mj-00038 JDP.

IT IS SO ORDERED.

Dated: ___February 19, 2019___

UNITED STATES MAGISTRATE JUDGE